76

United States District Court
Southern District of Texas
FILED

OCT 18 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-22-1712 |
| § | |
| ROBERT JASON GARCIA § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about August 6, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERT JASON GARCIA**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, for Attempted to Commit Capital Murder of Multiple Persons, in the 398th Judicial District Court, Hidalgo County, Texas, on October 17, 2011, in cause number CR-593-11-I, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm and ammunition, namely a Dreadnaught, Model DI-15, 5.56mm caliber rifle, 42 rounds of 5.56mm ammunition; 13 rounds of .40 caliber ammunition; and 52 rounds of 9mm caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE
### 18 U.S.C. § 924(d)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**ROBERT JASON GARCIA**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

a Dreadnaught, Model DI-15, 5.56mm caliber rifle (S/N: D000991);

52 rounds of 5.56mm caliber ammunition;

13 rounds of .40 caliber ammunition;

and 52 rounds of 9mm caliber ammunition.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY